IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JANELLE HOHNKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0497C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests a 28 day enlargement of time, from September 29, 2006 to October 29, 2006, to conduct fact discovery. Defendant has discussed this motion with counsel for Janelle Hohnke, who does not oppose this motion. This is defendant's first request for an enlargement of time for this purpose.

In support of this motion, defendant states that it served written discovery requests upon plaintiff on August 18, 2006. Defendant needs the responses to these discovery requests before it deposes Ms. Hohnke. However, plaintiff's counsel has stated that she will not be able to provide the response to the discovery requests until October 11, 2006 because of the press of other matters, including a vacation from August 26 to September 4, 2006, two days of administrative hearings in Minneapolis,

and depositions for most of the week of September 18, 2006. Plaintiff's counsel also stated that defendant's leave in August made it difficult to communicate concerning the discovery.

Accordingly, defendant requests that the Court enlarge the time for fact discovery until October 28, 2006.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0282
(202) 514-8624 (fax)
Attorneys for Defendant

September 26, 2006

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, a copy of the foregoing Defendant's Unopposed Motion to Enlarge Fact Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell