IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JANELLE HOHNKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0497C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's scheduling order dated February 28, 2006, the parties respectfully submit this joint status report. The parties state that they have completed discovery. Neither party intends to file a dispositive motion. The parties request that the Court schedule a trial. The parties estimate that trial of this matter will require three days. The parties request that the Court conduct the trial in Milwaukee, WI. Plaintiff requests that the Court not schedule the trial until after March 1, 2007.

Respectfully submitted,

s/Brenda Lewison
BRENDA LEWISON
Law Office of Arthur Heitzer
633 West Wisconsin Avenue
Suite 1410
Milwaukee, WI 53203
(414) 273-1040

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 353-1618
(202) 514-8624 (fax)

DATED: November 15, 2006

Certificate of Filing

I hereby certify that on this 15th day of November, 2005, a copy of the foregoing joint status report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell