# In the United States Court of Federal Claims

Case No. 04-497C
(Filed: November 27, 2006)

| | |
|---|---|
| JANELLE HOHNKE, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

On November 15, 2006, the Parties submitted a Joint Status Report requesting a trial in this matter after March 1, 2007. In order to assist the Court in scheduling the trial, **the Parties are hereby ORDERED to provide the Court with a joint memorandum laying out the following:**

- a full but concise statement of the case;
- a statement of the contested issues of fact and law that must be resolved by the Court at trial and each Party's position on those issues; and
- a preliminary list of the witnesses each Party expects to call, including their locations and a brief summary of the information they are expected to provide.

**The memoranda shall be filed no later than January 5, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge