# In the United States Court of Federal Claims

Case No. 04-497C
(Filed: April 19, 2007)

| | |
|---|---|
| JANELLE HOHNKE, *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |
| | * |

## ORDER

The Parties have requested trial in this matter in Milwaukee during the week beginning July 9th, 2007. **The Parties are hereby ORDERED to provide the Court with a joint memorandum laying out a schedule for the following pre-trial events.** The Parties are directed to Appendix A of the Rules of the Court of Federal Claims for guidance. **The Parties shall file the joint memorandum no later than May 3, 2007**.

| | |
|---|---|
| Witness and Exhibit Lists | Plaintiff shall **serve** (but not file) a Witness and Exhibit list on ____________. Defendant shall serve a Witness and Exhibit list on ____________. |
| Contentions of Law | Plaintiff shall serve a Memorandum of Contentions of Law on ____________. Defendant shall serve a Memorandum of Contentions of Law on ____________. |

| | |
|---|---|
| Proposed Findings of Fact | Plaintiff shall serve Proposed Findings of Fact on ____________. Defendant shall respond to each of the Plaintiff's Proposed Findings of Fact on ____________. Defendant may propose additional Findings of Fact, to which Plaintiff shall respond by ____________. |
| Motions *in Limine* | The Parties shall **file** Motions *in Limine* no later than ____________. Responses to such Motions shall be filed no later than ____________. Replies shall be filed on ____________. |
| Joint Stipulations | The Parties shall file any Procedural Stipulations on ____________. |
| Consolidated Statement of Contentions of Fact | The Parties shall file a Consolidated Statement setting forth the agreed upon facts and any issues of fact to resolved by the Court by ____________. |
| Consolidated Statement of Contentions of Law | The Parties shall file a Consolidated Statement setting forth their contentions of law by ____________. In preparing the Consolidated Statements, the Parties' attention is directed to the Court's Special Procedures Order. |
| Joint Trial Exhibit List | The Parties shall file a Joint Trial Exhibit List on ____________. |
| Joint Trial Witness List | The Parties shall file a Joint Trial Witness List on ____________. **For each witness, the parties shall set forth** the witnesses' name and address, the amount of proposed time the witness will testify on direct examination, the title and/or job description of the witness, and proposed topics of testimony. |

| | |
|---|---|
| Pre-Trial Conference | The final Pre-Trial Conference (telephonic) will take place on _____________. The Trial schedule, including certain time limitations, will be set at the Pre-Trial Conference. The schedule for Post-Trial Briefing shall also be set at this conference. |

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge