IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JANELLE HOHNKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0497C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MEMORANDUM

Pursuant to the Court's order dated April 19, 2007, the parties respectfully submit the following joint memorandum with suggested dates for pre-trial events.

| | |
|---|---|
| Witness and Exhibit Lists | Plaintiff shall serve (but not file) a Witness and Exhibit list on May 4, 2007. Defendant shall serve a Witness and Exhibit list on May 11, 2007. |
| Contentions of Law: | Plaintiff shall serve a Memorandum of Contentions of Law on May 17, 2007. Defendant shall serve a Memorandum of Contentions of Law on June 12, 2007. |
| Proposed Findings of Fact | Plaintiff shall serve Proposed Findings of Fact on May 17, 2007. Defendant shall respond to each of the Plaintiff's Proposed Findings of Fact on June 12, 2007. Defendant may propose additional Findings of Fact, to which Plaintiff shall respond by June 19, 2007. |
| Motions in Limine | The Parties shall file Motions in Limine no later than May 17, 2007. Responses to such |

| | |
|---|---|
| | Motions shall be filed no later than June 1, 2007. Replies shall be filed on June 12, 2007. |
| Joint Stipulations | The Parties shall file any Procedural Stipulations on June 15, 2007. |
| Consolidated Statement of Contentions of Fact | The Parties shall file a Consolidated Statement setting forth the agreed upon facts and any issues of fact to resolved by the Court by June 21, 2007. |
| Consolidated Statement of Contentions of Law | The Parties shall file a Consolidated Statement setting forth their contentions of law by June 21, 2007. In preparing the Consolidated Statements, the Parties' attention is directed to the Court's Special Procedures Order. |
| Joint Trial Exhibit List | The Parties shall file a Joint Trial Exhibit List on June 21, 2007. |
| Joint Trial Witness List | The Parties shall file a Joint Trial Witness List on June 21, 2007. For each witness, the parties shall set forth the witnesses' name and address, the amount of proposed time the witness will testify on direct examination, the title and/or job description of the witness, and proposed topics of testimony. |
| Pre-Trial Conference | The final Pre-Trial Conference (telephonic) will take place on July 5, 2007. The Trial schedule, including certain time limitations, will be set at the Pre-Trial Conference. The schedule for Post-Trial Briefing shall also be set at this conference. |

s/Brenda Lewison
BRENDA LEWISON
Law Office of Arthur Heitzer
633 West Wisconsin Avenue
Suite 1410
Milwaukee, WI 53203
(414) 273-1040

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O’Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Washington, D.C. 20530
(202) 353-1618
(202) 514-8624 (fax)

Date: May 3, 2007