# In the United States Court of Federal Claims

Case No. 04-497C
(Filed: May 9, 2007)

*****************************************************
JANELLE HOHNKE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The parties' Joint Pre-Trial Schedule filed May 3, 2007, is revised and adopted as follows:

(a) Witness and Exhibit Lists — Plaintiff shall serve (but not file) a Witness and Exhibit list on May 4, 2007. Defendant shall serve a Witness and Exhibit list on May 11.

(b) Contentions of Law — Plaintiff shall serve a Memorandum of Contentions of Law on May 17. Defendant shall serve a Memorandum of Contentions of Law on June 8.

(c) Proposed Findings of Fact — Plaintiff shall serve Proposed Findings of Fact on May 17. Defendant shall respond to the Plaintiff's Proposed Findings of Fact on June 8. Defendant may propose additional Findings of Fact, to which Plaintiff shall respond by June 15.

| | | |
|---|---|---|
| (d) | Motions *in Limine* | The parties shall file Motions *in Limine* no later than May 17. Response to such Motions shall be filed no later than June 1. Replies shall be filed on June 12. |
| (e) | Joint Stipulations | The parties shall file any Procedural Stipulations on June 15. |
| (f) | Consolidated Submission of Parties' Memos of Contentions of Fact and Law | The parties shall file a Consolidated Submission setting forth the issues of fact and law to be resolved by the Court, by June 19. |
| (g) | Joint Trial Exhibit List | The parties shall file a Joint Trial Exhibit List on June 19. |
| (h) | Joint Trial Witness List | The parties shall file a Joint Trial Witness List on June 19. For each witness, the parties shall set forth the witnesses' name and address, the amount of proposed time the witness will testify on direct examination, the title and/or job description of the witness, and proposed topics of testimony. |
| (i) | Pre-Trial Conference | The Court will hold a telephonic Pre-Trial Conference, on the record, on Friday, June 22, 2007, at 10:00 a.m. A Trial Schedule, including certain time limitations, will be set at the Pre-Trial Conference. The schedule for Post-Trial Briefing shall also be set at this conference. |

(j) Trial

The Trial shall start on Monday, July 9, 2007, in Courtroom 498 of the Federal Building & U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI. Trial shall start at 10:00 a.m. daily.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge