IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JANELLE HOHNKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-0497C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO STAY

Pursuant to Rule 1 of the Rules of the United States Court of Federal Claims, the parties respectfully request that the Court stay this action for a period of 60 days. In support of this motion, the parties state that they have entered into a settlement agreement. The parties anticipate that the settlement agreement will be fully performed within 60 days, at which time the parties will dismiss this action. Accordingly, granting this motion will be in the interests of judicial economy, as trial is scheduled for the week of July 9, 2007.

Respectfully submitted,

s/Brenda Lewison
BRENDA LEWISON
Law Office of Arthur Heitzer
633 West Wisconsin Avenue
Suite 1410
Milwaukee, WI 53203
(414) 273-1040

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O’Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 353-1618
(202) 514-8624 (fax)

DATED: June 21, 2007

## Certificate of Filing

I hereby certify that on this 21st day of June, 2007, a copy of the foregoing joint status report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell