# In the United States Court of Federal Claims

Case No. 04-497C
(Filed: June 21, 2007)

*****************************************************
JANELLE HOHNKE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

**The Parties' June 21, 2007 joint motion to stay proceedings pending performance of a settlement agreement is hereby GRANTED.** The status conference scheduled for June 22, 2007 and the trial scheduled for the week of July 9, 2007 are cancelled. The Parties shall inform the Court when the settlement agreement has been performed and file a joint stipulation for dismissal no later than August 20, 2007.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge