# In the United States Court of Federal Claims

Case No. 04-497C
(Filed: July 31, 2007 )

****************************************************
JANELLE HOHNKE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

**The parties' Joint Stipulation of Dismissal with prejudice filed July 26, 2007, is hereby GRANTED. Each party will bear its own fees, costs, and expenses.**

**IT IS SO ORDERED.**

LAWRENCE M. BASKIR
Judge